IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY HICKS                                                                                    PLAINTIFF

VS.                                            CASE NO. 08-CV-1089

PAUL LUCAS, Sheriff;
DAVID W. TALLEY, JR.;
JOE STRICKLAND, Chief Deputy
Ouachita County Detention Facility;
DAVID NORWOOD, Caption
Ouachita County Detention Facility;
CHRIS GILL, Jailer
Ouachita County Detention Facility; and
MARK SPEER, Jailer
Ouachita County Detention Facility                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on September 8, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 7). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that Plaintiff Anthony Hicks' claims against David W. Talley, Jr., should be and hereby are dismissed.

IT IS SO ORDERED, this 5th day of October, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge