IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY HICKS                                                              PLAINTIFF

V.                                 CASE NO. 08-CV-1089

PAUL LUCAS, et al.                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 22, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 32). Judge Bryant recommends that the Motion for Summary Judgment (ECF No. 22) be granted in part and denied in part. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion for Summary Judgment (ECF No. 22) is **GRANTED IN PART and DENIED IN PART**. The Motion for Summary Judgment is denied as to Plaintiff's claims of excessive force by Defendants Strickland and Norwood, and his claims of denial of medical care due to being denied ibuprofen as prescribed to him on March 20, 2007. The Motion for Summary Judgment is granted in all other respects.

**IT IS SO ORDERED**, this 14th day of March, 2011.

                                                                                       /s/ Harry F. Barnes
                                                                                       Hon. Harry F. Barnes
                                                                                       United States District Judge