IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY HICKS                                                                                               PLAINTIFF

vs.                                    Case No. 1:08-cv-1089

SHERIFF PAUL LUCAS; CHIEF
DEPUTY JOE STRICKLAND;
CAPTAIN DAVID NORWOOD;
JAILER CHRIS GILL; and
JAILER MARK SPEER                                                                                       DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed May 9, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 62). Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE** as to all Defendants.

**IT IS SO ORDERED**, this 31st day of May, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge